OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

Delancey W. DAVIS, Respondent.

No. 1033 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

July 22, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 22nd day of July, 2005, upon consideration of the Report and Rec-

ommendations of the Disciplinary Board dated April 28, 2005, it is hereby

ORDERED that DELANCEY W. DAVIS be and he is SUSPENDED from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.